IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In Re: | § | Bankruptcy Case No. |
| | § | 03-82371-SGJ-7 |
| OAK CLIFF MEDICAL FOUNDATION, | § | |
| d/b/a Dallas Southwest Medical Center, | § | |
| *et al.*, | § | |
| | § | Adversary No. |
| Debtors. | § | 05-03783 |
| -------------------------------------------------- | § | |
| | § | Civil Action No. 3:06-CV-0191-N |
| SCOTT M. SEIDEL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| JIMMY CORNELIUS BROWN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is the Bankruptcy Court's Report to the District Court on the Motion to Withdraw the Reference in the above adversary proceeding filed January 8, 2007, and Movant's Notice to the Court of a settlement agreement disposing of this adversary proceeding. The Court hereby adopts the recommendation of United States Bankruptcy Judge Stacey G. C. Jernigan and DENIES the Motion to Withdraw the Reference as moot.

ORDER – PAGE 1

Signed January 11, 2007.

_____
David C. Godbey
United States District Judge

ORDER – PAGE 2